# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved May 5, 2017, as Public Law 115-31, div. F, tit. VI, 131 Stat. 135, 433, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

# SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION
Starr County, Texas

Tracts: RGV-RGC-R1618E, RGV-RGC-R1618E-1, and RGV-RGC-R1618E-2
Owner: John F. J. Guerra, et. al.,
Acres: 29.36

29.36 acres of land, out of Share 306-A (said Share containing a total of 55.24 acres) as per Partition Decree in Cause No. 4801 in the District Court of Hidalgo County, Texas, certified copy of which Decree is found of record in Book 54, at pages 1 to 272 of the Real Estate Records of Starr County, Texas. Said Share 306-A being out of Porcion No. 67, Abstract No. 146 for Starr County, Texas, said 29.36 acres being described by metes and bounds as follows:

BEGINNING at an iron pipe on the North bank of the Rio Grande River, the S.E. corner of Share 304-a, the S.W. corner of Share 306-A for the S.W. corner of this survey;

THENCE with the West line of Share 306-A, as follows: N. 00 deg. 55min. E. 1430.0 feet; N. 01 deg. 33min. E. 800 feet; N. 00 deg. 30 min. E. 977.0 feet to a point on the South line of Share 305-B, for the N.W. corner of said Share 306-A, and the N.W. corner of this survey;

THENCE with the South line of Share 305-B, N. 78 deg. 30 min. E. 1198.5 feet; S. 89 deg. 10 mi. E. 96.6 feet to the N.W. corner of Share 304-B, for the N.E. corner of this survey;

THENCE with the West line of Share 304-B, S. 00 deg. 44 min. W. 1248.6 feet to the N.E. corner of Share 307, for a corner of this survey;

THENCE with the North line of said Share 307, N. 89 deg. 05 min. W. 534.7 feet to a N.W. corner of said Share 307, for a corner of this survey;

THENCE N. 00 deg. 30 min. E. 310.6 feet to a point for a corner of this survey;
THENCE N. 89 deg. 05 min. W. 698.9 feet to a point for a corner of this survey;
THENCE S. 00 deg. 30 min. W. 296.8 feet; S. 01 deg. 33 min W. 800 feet; S. 00 deg. 55 min. W. 1403.1 feet to a point on the North bank of the Rio Grande River for a corner of this survey;

THENCE s. 49 deg. 03 min. W. 40.3 feet to the Place of BEGINNING, and containing 29.36 acres of land.

* The above legal description describes the entire parent tract.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



Tracts: RGV-RGC-R1618E, RGV-RGC-R1618E-1, and RGV-RGC-R1618E-2
Owner: John F. J. Guerra, et. al.,
Acreage: 29.36

\* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red and yellow on the map above.

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-R1618E, RGV-RGC-R1618E-1, and RGV-RGC-R1618E-2
Owner:  John F. J. Guerra, et. al.,
Acres:  29.36

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| John F. J. Guerra | Last Will and Testament of J.C. Guerra, filed on April 10, 2001 in Starr County, Texas.<br><br>- Estate of J.C. Guerra, Deceased, (Cause No. PR-01-16), County Court at Law, Starr County, Texas Last Will and Testament of J.C. Guerra, filed April 10, 2001<br>- Proof of Death and Other Facts for Temporary Administration, filed April 16, 2001<br><br>U.S. v. 8.903 Acres of Land, More or Less, in Starr County, Texas, No. 7:19-cv-0052 2020 WL 4350724 (S.D. Texas July 29, 2020)<br><br>- Affidavit of Landowner Regarding Just Compensation, filed January 28, 2020 |