IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:21-CV-003 |
| | § | |
| 29.36 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND JOHN F. J. GUERRA, et al., | § | |
| | § | |
| *Defendants.* | § | |

## CLERK'S RECEIPT

I, Nathan Ochsner, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on January 13, 2021, I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **ONE HUNDRED DOLLARS AND NO CENTS** ($100.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By:   *Kathy Nguyen*
**Deputy Clerk**